UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

BRIAN JAY MANSFIELD            CASE NUMBER :  05-13210
SSN:  xxx-xx-5297                   CHAPTER 13
Debtor

**NOTICE TO PHILLIPS & COHEN ASSOCIATES
THAT $1,496.02 HAS BEEN DEPOSITED INTO
THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #6047BK**

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Phillips & Cohen Associates, creditor herein, and deposits $1,496.02 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. The last known address for Phillips & Cohen Associates was:

    695 Rancocas Road
    Westampton, NJ 08060

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a letter from the creditor stating that the account is closed.

3. Subsequent attempts to induce this creditor to negotiate the Trustee's disbursement checks were fruitless.

4. That any objections to said Deposit should be made in writing, with the Court Clerk.

Date:  April 21, 2010_____                      Respectfully Submitted,

                                                              /s/ Debra L. Miller, Trustee
                                                              Debra L. Miller, Trustee
                                                              P.O. Box 11550
                                                              South Bend, IN 46634

(574) 251-1493

The undersigned hereby certifies that a copy of the attached was sent on <u>April 21, 2010</u>____

By U. S. Mail to the Debtor and Creditor as follows:

Debtor(s):  Brian J. Mansfield, 305 Meadowmere Drive, Butler, IN 46721
Creditor:  Phillips & Cohen Associates, 695 Rancocas Rd., Westampton, NJ 08060

By electronic e-mail to the following:

Debtor's Attorney:  Patricia Lang
U.S. Trustee

<u>/s/ Debra L. Miller, Trustee</u>
By:  Rosemary Ward-Wilson